**UNITED STATES DISTRICT COURT**
                   **FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>**United States of America**</u>

    **v.**                                              Case No. 06-cr-137-PB

<u>**Madeline Sanchez-Marrero**</u>


                                    <u>**O R D E R**</u>


     The defendant has moved to continue the March 6, 2007 trial in the above case, citing the need for additional time to finalize a negotiated plea agreement.  The government does not object to a continuance of the trial date.

     Accordingly, to allow the parties additional time to finalize the plea agreement or properly prepare for trial, the court will continue the trial from March 6, 2007 to April 3, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

March 5, 2007

cc:   Ray Raimo, Esq.
      Terry Ollila, AUSA
      United States Probation
      United States Marshal